

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-15-00402-CV

RUBEN EMILIO CARDENAS        APPELLANT

V.

JENNIFER JANELLE JENSEN        APPELLEE

----------

### FROM THE 442ND DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NO. 15-02959-442

----------

## MEMORANDUM OPINION[1]

----------

Ruben Emilio Cardenas attempts to appeal from the trial court's "Order of Enforcement of Temporary Orders by Contempt and Order of Commitment." On January 4, 2016, we sent a letter to Cardenas expressing our concern that we may not have jurisdiction over this appeal because the order does not appear to be a final judgment or appealable interlocutory order. *See Lehmann v. Har-Con*

---

[1]*See* Tex. R. App. P. 47.4.

*Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (explaining that "the general rule, with a few mostly statutory exceptions, is that an appeal may be taken only from a final judgment").   We stated that unless Cardenas or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal by January 14, 2016, the appeal could be dismissed for want of jurisdiction.   *See* Tex. R. App. P. 42.3(a), 44.3.   Having received no response, we dismiss the appeal for want of jurisdiction.   *See* Tex. R. App. P. 42.3(a), 43.2(f).

/s/ Sue Walker
SUE WALKER
JUSTICE

PANEL:  WALKER, MEIER, and GABRIEL, JJ.

DELIVERED:  February 18, 2016

2